7

AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

RODRIGO JIMENEZ-OROZCO

**WAIVER OF INDICTMENT**

CASE NUMBER: 08 CR 409-DMS

I, RODRIGO JIMENEZ-OROZCO, the above-named defendant, who is accused of committing the following offenses:

Bringing in Illegal Aliens and Aiding and Abetting, in violation of Title 8, U.S.C., Secs. 1324(a)(1)(A)(i) and (v)(II),

being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on 2/19/2008 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

FILED
FEB 19 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

x Rodrigo JIMENEZ OROZCO
Defendant

[signature]
Defense Counsel

Before [signature]
Judicial Officer